No. 74–96. DAMON, REFORMATORY SUPERINTENDENT v. LEESON; and

No. 74–5405. LEESON v. DAMON, REFORMATORY SUPERINTENDENT. C. A. 2d Cir. Motion of respondent in No. 74–96 for leave to proceed in forma pauperis granted. Certiorari denied. MR. JUSTICE WHITE would grant certiorari in No. 74–96.

No. 74–126. SIGAL, AKA EDWARDS, ET AL. v. UNITED STATES. C. A. 10th Cir. Application to recall and stay mandate, presented to MR. JUSTICE WHITE and by him referred to the Court, denied. Certiorari denied.

No. 73–1191. HOURIHAN v. DAKIN ET AL., 416 U. S. 951. Motion for leave to file petition for rehearing denied.